UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  SACV 11-1782-JST (MLGx)                                            Date:  April 12, 2012
Title:  James F. Sando and Sally C. Sando v. Wells Fargo Bank, N.A.

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

|  Ellen Matheson  |  N/A  |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:      ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                             Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER REQUIRING DEFENDANTS TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE REMANDED**

      Defendant Wells Fargo Bank, N.A. ("Wells Fargo") removed this action from the Orange County Superior Court on the basis of diversity jurisdiction.  (Notice of Removal at 2, Doc. 1.)  In its Notice of Removal Wells Fargo asserts that Plaintiff is a citizen of California (*id.* at 2), and that Wells Fargo is a citizen of South Dakota under *Wachovia Bank v. Schmidt*, 546 U.S. 303 (2006) (*id.*). For the reasons set forth in this Court's Order Granting Motion to Remand, *Fry v. America's Servicing Co.*, No. 8:12-cv-00106-JST (MLGx) (C.D. Cal. Apr. 11, 2012), Doc. 30, the Court disagrees with Wells Fargo's reading of *Schmidt*, and concludes that a national bank is also a citizen of the state in which its principal place of business is located.  Therefore, Wells Fargo is a citizen of California, and it appears the requirement of complete diversity is not met.

      Accordingly, Moving Defendants are ordered to show cause **no later than April 23, 2012**, why this case should not be remanded for lack of subject matter jurisdiction.

Initials of Preparer:  enm