UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. SACV 11-1782-JST (MLGx)            Date: May 7, 2012
Title: James F. Sando, et al. v. Wells Fargo Bank, NA

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

| Nancy Boehme | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                            Not Present

**PROCEEDINGS:**    **(IN CHAMBERS) ORDER REMANDING CASE TO ORANGE COUNTY SUPERIOR COURT, CASE NO. 30-2011-00517661**

      Defendant Wells Fargo Bank, N.A. ("Defendant") removed this action from Orange County Superior Court, Case No. 30-2011-00517661, on November 17, 2011. (Notice of Removal, Doc. 1.) On April 12, 2012, the Court issued an order to show cause to Defendant why this case should not be remanded for lack of subject matter jurisdiction. (Order to Show Cause ("OSC"), Doc. 22.) On April 23, 2012, Defendant filed a Statement of Non-Opposition, stating that it does not oppose the OSC. (Statement of Non-Opposition, Doc. 23.) Accordingly, this case is REMANDED to Orange County Superior Court.

Initials of Preparer: nkb